# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 100 WM 2015
:
              Respondent :
:
:
:
           v. :
:
:
:
KEITH HICKS, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.